Plaintiff 2# Class Action

RECEIVED
SDNY PRO SE OFFICE
2023 JAN 17 AM 10:1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert L. Murray as Leviticus Lucfer et. al 9502220004
Shaquan Butler 441-22-02995

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

City of New York et al
1. 5 John Doe C.O
2. John Doe capt.
2. John Doe Dept. #1  Jane Doe Dept
2. John Doe CHS Staff

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

ShAquan / Butler
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

441-22-02995
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

09-09 Hazen St GRVC
Current Place of Detention

09-09 Hazen St
Institutional Address

East Elmhurst / NY / 11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   15 John Doe  C.O'S
First Name / Last Name / Shield #

C.O.S
Current Job Title (or other identifying information)

09-09 HazenSt
Current Work Address

EastElmhurst   NY   11370
County, City / State / Zip Code

Defendant 2:   2 John Doe  Capt.
First Name / Last Name / Shield #

Capt.
Current Job Title (or other identifying information)

09-09 HazenSt
Current Work Address

EastElmhurst   NY   11370
County, City / State / Zip Code

Defendant 3:   2 John Doe  Depts 1 # Jane Doe Dept
First Name / Last Name / Shield #

Dept
Current Job Title (or other identifying information)

09-09 HazenSt
Current Work Address

EastElmhurst   NY   11370
County, City / State / Zip Code

Defendant 4:   2 John Doe  CHS Staff
First Name / Last Name / Shield #

CHS
Current Job Title (or other identifying information)

09-09 HazenSt
Current Work Address

EastElmhurst   NY   11370
County, City / State / Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: GRVC Unit 17A and intake

Date(s) of occurrence: 12/29/2022 GRVC intake Area

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On December 29th 2022 I was escorted to intake Area From Housing Area 17A Appox 8 Am through 12pm I was in search Room in intake when Four to Five CO's Assaulted me and Also one of them sticked their Fingers up my Butt BACK and forth which caused Bleeding then they stomped and kicked me vigrusly on my BACK and legs while I was stripped Butt naked laying on the Floor I seen Body cams and their was Cameras in the search Room where incident happened. Then they procced to put me in Cuffs and shackles on me and Drag me on the floor in put me on A gerny put A spit mask over my Face to COVER up any injurys. They took me on the gerny to medical I was informing the Doctor I was Sexual Assaulted and Assaulted by (staff)/officers in his response was "He's good to go". After that they pushed the gerny BACK to my housing Area with my Butt exposed. They put me on the Floor cell 1. An inmate Asked Do I need to use the taplit I responsed yes then immedifly Called prisoner Rights project and I informed them

what happened. I spoke to a lady name Sarah Petrick, I Asked Sarah to preserve all camera footage, she ensure she would and also would contact Doc so I can get medical Treatment and she said it is Being Done. They also informed The Doctor I'm Refusing medical treatment Against my will. That's why I contacted prisoner Rights project.

**INJURIES;**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Anal Bleeding, BACK injury, leg injury, Bump on my Head, No Feeling in Right hand.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Compensatory damages of 100,000,000

Punitive damages of 100,000,000

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12-29-22

Plaintiff's Signature: Shaquan Butler

First Name: Shaquan
Middle Initial:
Last Name: Butler

Prison Address: 09-09 Hazen St

County, City: East Elmhurst
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: ___

