UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAQUAN BUTLER,<br><br>         Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK, et al.,<br><br>         Defendants. | 23-cv-00455 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  This case has been reassigned to the undersigned. By August 21, 2023, at 5:00 p.m., defendants are ORDERED to file on ECF a joint letter updating the Court on the status of the case. The joint letter shall not exceed three (3) pages.

  SO ORDERED.

Dated: August 15, 2023
    New York, New York

                       _____
                        ARUN SUBRAMANIAN
                        United States District Judge