UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUAN BUTLER,

                                        Plaintiff,

                  -against-

CITY OF NEW YORK, et al.,

                                        Defendants.

23-CV-00455 (AS)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

On June 5, 2023, defendant provided plaintiff with the identities, shield numbers, and service addresses of the five "John Doe" DOC correction officers who, upon information and belief, were involved in the incident with plaintiff. *See* ECF No. 9. By prior order of this Court, plaintiff had until July 5, 2023, to amend his complaint to add those defendants. *See* ECF No. 6 (giving plaintiff thirty days from receipt of information to amend complaint). Plaintiff has failed to do so.

This Court will extend the deadline for amending the complaint from July 5, 2023, to September 29, 2023. By that date, plaintiff must file an amended complaint naming the proper defendants. Plaintiff should mail the amended complaint to Pro Se Intake at: United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, ATTN: Pro Se Intake.

The amended complaint will replace, not supplement, the original complaint. An amended complaint form that plaintiff should complete is attached to this order. Once plaintiff has filed an amended complaint, the Court will screen the complaint and, if necessary, issue an order asking defendants to waive service. If plaintiff fails to file an amended complaint, plaintiff's case against the "John Doe" defendants will be dismissed.

The Clerk of Court is respectfully directed to mail a copy of this Order (with the attached amended complaint form and letter from ECF No. 9) to the pro se plaintiff.

SO ORDERED.

Dated: August 22, 2023
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

_____
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:   ☐ Yes      ☐ No
(check one)

___ **Civ.** _____ (   )

## I.      Parties in this complaint:

A.      List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff's      Name_____
                     ID#_____
                     Current Institution_____
                     Address_____
                     _____

B.      List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1      Name _____ Shield #_____
                           Where Currently Employed _____
                           Address _____
                           _____

*Rev. 01/2010*                                          1

Defendant  No. 2     Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant  No. 3     Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

---

**Who did what?**

Defendant  No. 4     Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant  No. 5     Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

## II.     Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.     In what institution did the events giving rise to your claim(s) occur?

_____

_____

B.     Where in the institution did the events giving rise to your claim(s) occur?

_____

C.     What date and approximate time did the events giving rise to your claim(s) occur?

_____

_____

_____

---

**What happened to you?**

D.     Facts:_____

_____

_____

_____

*Rev. 01/2010*                                       2

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____

**Who else saw what happened?**

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____
_____
_____

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.      Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        Yes _____     No _____     Do Not Know _____

C.      Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

        Yes _____     No _____     Do Not Know _____

        If YES, which claim(s)?
        _____

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

        Yes _____     No _____

        If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

        Yes _____     No _____

E.      If you did file a grievance, about the events described in this complaint, where did you file the grievance?
        _____

        1.      Which claim(s) in this complaint did you grieve?
                _____

        _____

        2.      What was the result, if any?
                _____

        _____

        3.      What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.
        _____
        _____
        _____
        _____

F.      If you did not file a grievance:

        1.      If there are any reasons why you did not file a grievance, state them here:
                _____
                _____
                _____

_____
_____
_____

2.     If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____
_____
_____
_____
_____
_____

Note:     You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____

**VI.   Previous lawsuits:**

<table>
<tr><td>

On
these
claims

</td><td>

A.

</td><td>

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No _____

</td></tr>
</table>

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.   Docket or Index number _____

_____ 4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition_____

7.   What was the result of the case?  (For example:   Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

<table>
<tr><td>

On
other
claims

</td><td>

C.

</td><td>

Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No _____

</td></tr>
</table>

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.   Docket or Index number _____

_____ 4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.      Is the case still pending?  Yes _____   No _____

If NO, give the approximate date of disposition_____

7.      What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____

_____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, 20___.

Signature of Plaintiff   _____

Inmate Number        _____

Institution Address     _____

_____

_____

_____


<u>Note</u>:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  _____



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BAILEY FORCIER**
*Assistant Corporation Counsel*
phone: (212) 356-5054
fax: (212) 356-2322
bforcier@law.nyc.gov

June 5, 2023

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   Shaquan Butler v. City of New York, et al.,
>           23 Civ. 0455 (MKV)

Your Honor:

I represent defendant the City of New York (the "City") in the above-referenced matter. Defendant City writes in response to the Court's <u>Valentin</u> Order dated April 4, 2023.  (<u>See</u> ECF No. 6).

By way of background, plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging, *inter alia*, claims of excessive force against the City and multiple Department of Correction ("DOC") "John Doe" defendants related to an incident that occurred on December 29, 2022, in the main intake area of the George R. Vierno Center ("GRVC") on Riker's Island.  (<u>See</u> ECF No. 2).  On April 4, 2023, the Court issued a <u>Valentin</u> Order directing this Office to "ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the addresses where the defendants may be served." (<u>See</u> ECF No. 6).

This Office now writes to provide plaintiff and the Court with the identities, shield numbers, and service addresses of the five "John Doe" DOC correction officers who, upon information and belief, were involved in an incident with plaintiff at GRVC on December 29, 2022:

- Correction Officer Christopher Young, Shield No. 10779, is currently assigned to GRVC, and may be served at 09-09 Hazen Street, East Elmhurst, NY 11370;

- Correction Officer William Blaszyck, Shield No. 14353, is currently assigned to GRVC, and may be served at 09-09 Hazen Street, East Elmhurst, NY 11370;

- Correction Officer Freddie Larry, Shield No. 17736, is currently assigned to GRVC, and may be served at 09-09 Hazen Street, East Elmhurst, NY 11370; and

- Correction Officer Curtis Tucker, Shield No. 12191, is currently assigned to GRVC, and may be served at 09-09 Hazen Street, East Elmhurst, NY 11370; and

- Captain Joshua Wigfall, Shield No. 1715, is currently assigned to GRVC, and may be served at 09-09 Hazen Street, East Elmhurst, NY 11370.

This Office respectfully notes that Correction Officers Young, Blaszyck, Larry, Tucker, and Captain Wigfall are current DOC employees. Thus, an electronic request for a waiver of service can be made pursuant to the e-service agreement for cases involving current DOC defendants, rather than by personal service at a DOC facility.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Bailey Forcier*
Bailey Forcier
*Assistant Corporation Counsel*


cc:    **Via First-Class Mail**
Shaquan Butler
*Plaintiff* pro se
Book & Case No. 441-22-02995
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370