UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUAN BUTLER,

                Plaintiff,

-against-

CHRISTOPHER YOUNG, et al.,

                Defendants.

23-CV-455 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff filed an amended complaint on September 25, 2023. The Court has reviewed the complaint and now requests that the below defendants waive service of summons. The Clerk of Court is directed to electronically notify the New York City Law Department and the New York City Department of Corrections of this order. **Waiver of service should be made by December 29, 2023.**

- Christopher Young, Shield #10719
- Captain Joshua Wigfall, Shield #1715
- Freddie Larry, Shield #17736
- William Blaszyek, Shield #14353
- Curtis Tucker, Shield #12191

In addition, **the Court requests that Bailey Forcier submit a letter to the Court by Friday,**

**December 8, 2023,** indicating whether she will be representing the newly-named defendants in this case.

    SO ORDERED.

Dated: December 7, 2023
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge