UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAQUAN BUTLER,<br><br>        Plaintiff,<br><br>  -against-<br><br>CHRISTOPHER YOUNG, et al.,<br><br>        Defendants. | 23-CV-455 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On August 1, Defendants moved to compel plaintiff to respond to their discovery request, which were due around June 19, 2024. Dkt. 27. The next day, this Court granted the motion to compel, ordering Plaintiff to respond by August 15. Dkt. 28. On August 15, Defendants wrote to the Court, indicating that Plaintiff still has not responded. Dkt. 29.

  **By August 26, 2024, Plaintiff Shaquan Butler should submit a letter to the Court, explaining whether he wishes to proceed with this litigation. If he does, Plaintiff should provide responses to Defendants' first set of interrogatories and request for the production of documents by September 6, 2024. If Plaintiff fails to comply with this Order, the Court may dismiss this action for failure to prosecute.**

  **Defendants are ordered to serve this order on Plaintiff, along with their first set of interrogatories and request for the production of documents by end of day August 19, 2024,**

**and file proof of service on the docket.**

    SO ORDERED.

Dated: August 16, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge