UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUAN BUTLER,

      Plaintiff,

-against-

CHRISTOPHER YOUNG et al.,

      Defendants.

23-CV-455 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

  On August 1, Defendants moved to compel Plaintiff to respond to their discovery requests. Dkt. 27. On August 2, this Court granted the motion to compel and ordered Plaintiff to respond to Defendants' requests by August 15, 2024. Dkt. 28. Plaintiff did not comply. On August 16, Defendants filed a letter notifying this Court that they intend to file a motion to dismiss for lack of prosecution. Dkt. 29. That same day, this Court ordered Plaintiff to submit a letter to the Court by August 26, 2024, explaining whether he wishes to proceed with this litigation. Dkt 30. To date, Plaintiff has not filed this letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 13, 2024.** If Plaintiff does not indicate by that date that he wishes to proceed with this litigation, the Court intends to grant Defendants' motion to dismiss.

  Defendants are ordered to serve this order on Plaintiff by end of day August 29, 2024, and file proof of service on the docket.

SO ORDERED.

Dated: August 27, 2024
   New York, New York

                 ARUN SUBRAMANIAN
                 United States District Judge