UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAQUAN BUTLER,<br><br>        Plaintiff,<br><br>    -against-<br><br>CHRISTOPHER YOUNG; CAPTAIN JOSHUA WIGFALL; FREDDIE LARRY; WILLIAM BLASZYEK,<br><br>        Defendants. | 23-cv-455 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff Shaquan Butler has missed several deadlines to indicate to this Court whether he wishes to pursue this litigation. *See* Dkt. 32. As a courtesy, the Court will extend the deadline once more to November 14, 2024. This is the final extension. **If Butler does not submit a letter to the Court by that date, this case will be dismissed for lack of prosecution.**

  Defendants are ordered to serve this order on Butler by end of day September 18, 2024, and file proof of service on the docket.

  SO ORDERED.

Dated: September 16, 2024
    New York, New York

                    _____
                     ARUN SUBRAMANIAN
                     United States District Judge